AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

| | |
|---|---|
| VERNON R. TRAVERSIE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. *12 - 5048* |
| RAPID CITY REGIONAL HOSPITAL INC.; REGIONAL | ) |
| HEALTH INC.; REGIONAL HEALTH PHYSICIANS; | ) |
| REGIONAL HEART DOCTORS; TRS SURG ASSIST, | ) |
| INC.; RAPID CITY REGIONAL HOSPITAL BOARD OF | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

RAPID CITY REGIONAL HOSPITAL INC.

To: *(Defendant's name and address)*
           C/O MARY MASTEN
           353 FAIRMONT BLVD
           RAPID CITY, SD 57709-6000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Chase Iron Eyes
           IRON EYES LAW OFFICES, PLLC
           1720 Bonn Blvd.
           Bismarck, ND 58504
           Email: chaseironeyes@gmail.com
           (303) 968-7904 Fax: (866) 810-6099

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __7/16/2012__           _____
                                 *Signature of Clerk or Deputy Clerk*